## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Cr. No.: 24-cr-110-JL-AJ-01 |
| | ) | |
| vs. | ) | 18 U.S.C. § 1591(a)(1), (b)(1) |
| | ) | 18 U.S.C. § 1594a |
| **STACEY RAY LANCASTER** | ) | |
| | ) | |

### INDICTMENT

The Grand Jury charges:

### COUNT 1

(Attempted Sex Trafficking of a Minor – 18 U.S.C.§§ 1591(a)(1), (b)(1), and 1594(a))

On or about November 14, 2024, in the District of New Hampshire, the defendant,

**STACEY RAY LANCASTER,**

did knowingly, in and affecting interstate and foreign commerce, attempt to entice, obtain, patronize, and solicit by any means a 12-year-old minor female (MF1), knowing and in reckless disregard of the fact that MF1 was under 18 years of age and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), and 1594(a).

TRUE BILL

Dated: November 20, 2024

/s/ Grand Jury Foreperson
Grand Jury Foreperson

JANE E. YOUNG
United States Attorney

/s/ Matthew Vicinanzo
Matthew Vicinanzo
Assistant U.S. Attorney