UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                                      Cr. No. 24-cr-110-01-JL-AJ

<u>Stacey Ray Lancaster</u>

### ORDER OF RECUSAL

    I hereby recuse myself from presiding over this case and request it be reassigned to another judge.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: November 25, 2024

cc:    Kasey A. Weiland, AUSA
       Jaye L. Rancourt, Esq.
       Charles J. Keefe, Esq.