UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA :
:
v. : Case No. 24-cr-110-PB
:
STACEY RAY LANCASTER, :
:
Defendant. :

## VERDICT

1. As to Count 1 of the Indictment charging the defendant with attempted sex trafficking of a minor in violation of 18 U.S.C. §§ 1591(a)(1) and 1594(a), we, the jury, find the defendant, Stacey Ray Lancaster

Guilty ___✓___                Not Guilty _____

Answer question 2 <u>only</u> if you have answered guilty to question 1.

2. Pursuant to 18 U.S.C. § 1591(b)(1), has the government proved beyond a reasonable doubt that the defendant knew or recklessly disregarded the fact that the offense involved a person who had not attained the age of 14 at the time of the offense?

Yes ___✓___                No _____

Date: __5/8/2025__            __/s/ Foreperson__
                                  Foreperson